VICTORIA PAPER MILLS Co., Judgment Creditor, Respondent, *v.* MAX CASHRIEL, Judgment Debtor, Appellant.

APPEAL from an order directing the testimony taken in supplementary proceedings to be filed by this court.

Joseph A. Arnold, for appellant.

Herman Herst, Jr., for respondent.

*Per Curiam.* Order appealed from affirmed, with costs.

Present: CONLAN and O'DWYER, JJ.

Order affirmed, with costs.

---

# CITY COURT OF NEW YORK, GENERAL TERM, FEBRUARY, 1898.

ELLA TOAL, Appellant, *v.* ANDREW SOHER, Respondent.

APPEAL from an order of the Special Term, opening a default.

Hardy & Shellabarger, for appellant.

William Hildreth Field & Deshon, for respondent.

FITZSIMONS, Ch. J. I think that the Special Term justice, upon the papers submitted to him herein, was justified in opening defendant's default.

Such papers, in my opinion, presented sufficient cause for so doing. The terms imposed, I think, were insufficient; in addition to such terms the plaintiff should have been allowed all disbursements incurred by her.

The order appealed from is modified to that extent, and as so modified, is affirmed, without costs.

CONLAN, J., concurs.

Order modified, and as so modified, affirmed, without costs.